IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| PERRIGO COMPANY, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> MERIAL LIMITED, doing business as MERIAL LLC, and MERIAL SAS, <br><br> Defendants. | 8:14-CV-403 <br><br> ORDER |

This matter is before the Court on the plaintiffs' motion to seal (filing 17) certain exhibits offered in support of their motion for preliminary injunction (filing 18). The motion will be granted in part. Pursuant to NEGenR 1.3(a)(1)(B) and NECivR 5.3(c), the plaintiffs' index of evidence containing those exhibits (filing 20) will be restricted rather than sealed.

IT IS ORDERED:

1. The plaintiffs' motion to seal (filing 17) is granted in part.

2. The Clerk of the Court is directed to restrict access to the plaintiffs' evidence index (filing 20) to court users and case participants.

Dated this 19th day of December, 2014.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
United States District Judge