IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| PERRIGO COMPANY, SERGEANT'S PET CARE PRODUCTS, INC., VELCERA, INC., FIDOPHARM, INC., <br><br>   Plaintiffs, <br><br>vs. <br><br>MERIAL LIMITED, MERIAL SAS, <br><br>   Defendants. | 8:14CV403 <br><br> **ORDER** |

On December 12, 2014, the Court entered text notices (filing nos. 7, 8 and 9) which required the parties to file a Corporate Disclosure Statement on Sergeant's Pet Care Products, Inc, Velcera, Inc, and Fidopharm, Inc. on December 29, 2014. Plaintiff attorneys have not complied, and have not explained the failure to comply, with this order.

Accordingly,

IT IS ORDERED that Plaintiffs are given until May 7, 2015 to show cause why the court should not dismiss for want of prosecution the claims brought by Sergeant's Pet Care Products, Inc, Velcera, Inc, and Fidopharm, Inc. The failure to timely comply with this order may result in dismissal of these Plaintiffs' claims without further notice.

April 7, 2015.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge