IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| PERRIGO COMPANY, SERGEANT'S PET CARE PRODUCTS, INC., VELCERA, INC., FIDOPHARM, INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>MERIAL LIMITED, MERIAL SAS,<br><br>Defendants. | 8:14CV403<br><br>**ORDER** |

Judge Gerrard has now ruled on Defendants' motion to dismiss, and on Plaintiffs' motion for injunctive relief.  Consistent with those rulings,

IT IS ORDERED:

1)   As to defendant Merial SAS, Plaintiffs' Motion for Leave to Conduct Expedited Discovery, (Filing No. 14), is denied for lack of personal jurisdiction;

2)   As to defendant Merial LLC, Plaintiffs' Motion for Leave to Conduct Expedited Discovery, (Filing No. 14), is denied as moot; and

3)   The defendants' motion to stay, (Filing No. 27), is denied a moot.

Dated this 8th day of April, 2015

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge