IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| PERRIGO COMPANY, et al.,<br><br>    Plaintiffs,<br><br>vs.<br><br>MERIAL LIMITED, doing business as MERIAL LLC, and MERIAL SAS,<br><br>    Defendants. | 8:14-CV-403<br><br>ORDER |

    This matter is before the Court on the Plaintiffs' Notice of Dismissal and Opposition to Defendants' Motion to Transfer (filing 104) and Notice of Voluntary Dismissal of Defendant Merial SAS (filing 105). Pursuant to the Court's Memorandum and Order of April 7, 2015 (filing 96), the plaintiffs have informed the Court of their intent to proceed with this litigation in Nebraska. *See* filing 96 at 11-12. Pursuant to those notices and the Court's Memorandum and Order (filing 96),

    IT IS ORDERED:

1. Defendant Merial SAS is dismissed as a party.

2. The defendants' alternative motion to transfer this case to the Northern District of Georgia (filing 24) is referred to the United States Magistrate Judge for determination pursuant to 28 U.S.C. § 1404(a).

Dated this 22nd day of April, 2015.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
United States District Judge
