IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| PERRIGO COMPANY, et al.,<br><br>        Plaintiffs,<br><br>vs.<br><br>MERIAL LIMITED, doing business as MERIAL LLC, and MERIAL SAS,<br><br>        Defendants. | 8:14-CV-403<br><br>ORDER |

    This matter is before the Court on its own motion. In its Order of July 23, 2015 (filing 125), the Court overruled the plaintiffs' objection to the Magistrate Judge's June 12 order granting the defendants' motion for change of venue, but stayed transfer of the case to afford the plaintiffs an opportunity to petition the Eighth Circuit for a writ of mandamus. *See In re Nine Mile Ltd.*, 673 F.2d 242, 243 (8th Cir. 1982). The Eighth Circuit has considered and denied the plaintiffs' petition, and the Court of Appeals' mandate has issued. Filings 127 and 128.

    Accordingly, the Court will lift its stay on the transfer of this case to the Northern District of Georgia, and direct the Clerk of the Court to immediately effect the transfer.

    IT IS ORDERED:

1. The Court's stay on the transfer of this case is lifted.

2. The Clerk of the Court is directed to immediately effect transfer of this case to the Northern District of Georgia.

Dated this 16th day of October, 2015.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
United States District Judge